**Order entered September 19, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-00998-CV

## IN RE SIGHTLINE SEARCH, INC., JOHN C. EDWARDS, AND ANTOINETTE H. EDWARDS, Relators

**Original Proceeding from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-16090**

## ORDER

Before the Court are relators' August 22, 2019 petition for writ of mandamus and emergency motion to stay TCPA discovery order. On August 28, 2019, the Court received relators' letter requesting we take no action in this proceeding until relators' next update. On August 29, 2019, the Court received relators' letter stating, "The parties are presently seeking mediation. Relators will not be filing anything with the Court for now and ask that the Court postpone any actions in this case for now." To date, we have heard nothing further from the parties.

Accordingly, on the Court's own motion, we **ORDER** the parties to file a status report or a motion to dismiss this proceeding by **OCTOBER 21, 2019**. If the parties fail to respond by October 21, 2019, the Court will presume the matter has not settled and resume consideration of

the petition.

/s/ LANA MYERS
PRESIDING JUSTICE